IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS PENSION FUND, et al.,

                          Plaintiffs,                                  ORDER

v.

                                                                         14-cv-773-wmc

MASTER REPAIR FLOORS, LLC.

                          Defendant.

---

Mara C. Spring and Wassel, Harvey & Schuk have filed a motion for leave to withdraw as counsel for defendant Master Repair Floors, LLC, in this matter, supported by Attorney Spring's sworn affidavit. (Dkt. #11.) Because the motion appears well-founded, the court would ordinarily grant it. As a legally-recognized business entity, however, defendant cannot defend in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008). The court will, therefore, reserve a ruling on the motion for leave to withdraw until defendant has been given an opportunity to advise the court whether it objects to the withdrawal of counsel and, if so, on what grounds. Alternatively, defendant should notify the court that it does not object and has either engaged new counsel or is in the process of doing so.

If defendant does not respond to this opportunity to be heard by August 11, 2015, an order will be entered granting the motion to withdraw and directing defendant to indicate whether it intends to retain new counsel or default. In keeping with this order, Ms. Spring is ordered to immediately (1) provide notice to her client of this order, (2) remind it of all impending deadlines in this case, including in particular those for dispositive motions, witness and exhibit disclosures, final pre-trial conference and trial,

and (3) urge prompt retention of new counsel and the likely draconian consequences of its failing to do so in light of its legal status and those deadlines.

Entered this 5th day of August, 2015.

BY THE COURT:

WILLIAM M. CONLEY
District Judge